# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOLORES CHILLEMI ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Civil Action No: |
| v. ) | 15-cv-06387 (PGS)(LHG) |
| ) | |
| PHELAN HALLINAN & DIAMOND, ) | |
| PC. *et al.* ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

THIS MATTER having been opened to the Court by Defendant U.S. Bank, N.A.'s, by and through its counsel, Parker Ibrahim & Berg, LLC, motion to dismiss plaintiff's complaint under Fed. R. Civ. P. 12(b)(1), 12(b)(5) and 12(b)(6) (*see* D.I. 32); and the Court having fully considered the submissions in support thereof, and any opposition thereto; and having considered the arguments of counsel as well as the record before it; and for good cause shown;

IT IS on this __1__ day of __May__, 2016,

**ORDERED** that Defendant's motion to dismiss plaintiff's complaint (*see* D.I. 32) is **GRANTED**.

_____
PETER G. SHERIDAN, U.S.D.J.